SUPREME COURT: STATE OF NEW YORK
COUNTY OF SCHENECTADY
-----------------------------------------------------------X
██████████████ an infant, by ALEXIS
ESTRADA, Individually, and as parent and natural
guardian,

                              Plaintiffs,

  - against -

KEMPER FINANCIAL INDEMNITY COMPANY
and KEMPER INDEPENDENCE INSURANCE
COMPANY,

                              Defendants.
-----------------------------------------------------------X

Index No.: 2016-441
Date Purchased:
**SUMMONS**

Plaintiffs designate
Schenectady County as the
place of trial.

The basis of venue is: Plaintiffs'
residence
Plaintiffs reside at:
Schenectady, NY
County of Schenectady

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:      February 23, 2016

                                        JOSEPH E. O'CONNOR, ESQ.
                                        MAINETTI, MAINETTI & O'CONNOR, P.C.
                                        Attorneys for Plaintiffs
                                        130 N. Front Street
                                        Kingston, New York 12401
                                        (845) 331-9434

To:    KEMPER FINANCIAL INDEMNITY COMPANY, One East Wacker Drive, Suite 3700, Chicago, IL 60601

       KEMPER INDEPENDENCE INSURANCE COMPANY, 12926 Gran Bay Parkway West, Jacksonville, FL 32258

SUPREME COURT: STATE OF NEW YORK
COUNTY OF SCHENECTADY
-----------------------------------------------------------X
              ▮▮▮▮▮▮▮▮▮▮▮ an infant, by ALEXIS
ESTRADA, Individually, and as parent and natural
guardian,

                                           **COMPLAINT**

             Plaintiffs,         Index No.: 2016-441

  - against -                       Date Purchased:

KEMPER FINANCIAL INDEMNITY COMPANY
and KEMPER INDEPENDENCE INSURANCE
COMPANY,

                           Defendants.

-----------------------------------------------------------X

      Plaintiffs, ▮▮▮▮▮▮▮▮▮▮▮, an infant, by ALEXIS ESTRADA, Individually, and as parent and natural guardian, by their attorneys, MAINETTI, MAINETTI & O'CONNOR, P.C., complaining of the Defendants, KEMPER FINANCIAL INDEMNITY COMPANY and KEMPER INDEPENDENCE INSURANCE COMPANY, respectfully set forth and allege, upon information and belief, as follows:

1.    At all times hereinafter alleged, the plaintiffs ▮▮▮▮▮▮▮▮▮▮▮, an infant, by ALEXIS ESTRADA, Individually, and as parent and natural guardian, resided in the County of Schenectady, State of New York.

2.    That at all times hereinafter mentioned and upon information and belief, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY was and still is an insurance company duly organized and existing under and by

virtue of the Laws of the State of New York.

3. Upon information and belief, at all times hereinafter mentioned, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY was and still is a foreign corporation and duly authorized to do business within the State of New York.

4. Upon information and belief, at all times hereinafter mentioned, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY was and still is a domestic corporation and duly authorized to do business within the State of New York.

5. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY was and still is a foreign corporation and duly authorized to conduct business within the State of New York.

6. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY was and still is a domestic corporation and duly authorized to conduct business within the State of New York.

7. That at all times hereinafter mentioned, the Defendant KEMPER FINANCIAL INDEMNITY COMPANY was and still is a business entity doing business in the State of New York.

8. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER FINANCIAL INDEMNITY COMPANY contracted to supply goods and/or services within the State of New York.

9. That at all times hereinafter mentioned and upon information and belief, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY, was and still is an insurance company duly organized and existing under and by virtue of the Laws of the State of New York.

10. Upon information and belief, at all times hereinafter mentioned, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY, was and still is a foreign corporation and duly authorized to do business within the State of New York.

11. Upon information and belief, at all times hereinafter mentioned, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY was and still is a domestic corporation and duly authorized to do business within the State of New York.

12. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY was and still is a foreign corporation and duly authorized to conduct business within the State of New York.

13. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY was and still is a domestic corporation and duly authorized to conduct business

within the State of New York.

14. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY, was and still is a business entity doing business in the State of New York.

15. That at all times hereinafter mentioned, upon information and belief, the Defendant, KEMPER INDEPENDENCE INSURANCE COMPANY, contracted to supply goods and/or services within the State of New York.

16. That heretofore and on or about August 31, 2011, the Infant plaintiff, ▮▮▮▮▮▮▮▮▮▮ was a lawful pedestrian who was struck by a motor vehicle owned by Nora A. Fennell, and operated by one "John Doe", and was insured by Travelers Property Casualty Company of America. Nora A. Fennell's insurance carrier, Travelers Property Casualty Company of America, has disclaimed coverage due to the fact that "John Doe" stole the vehicle from their insured.

17. That said Infant plaintiff had available to him a policy that provides supplementary underinsured motorist coverage at the time of the motor vehicle accident on August 31, 2011, as aforesaid through the insurance policy of his grandmother, Elizabeth Green; namely the Defendants herein KEMPER FINANCIAL INDEMNITY COMPANY and KEMPER INDEPENDENCE INSURANCE COMPANY.

18. That the Infant plaintiff, ▮▮▮▮▮▮▮▮▮▮ sustained permanent injuries that exceeded the policy limits of the offending motor vehicle.

19. That the Infant plaintiff ███████████, and ALEXIS ESTRADA, Individually, and as parent and natural guardian of Infant plaintiff, bring action for the injuries that Infant plaintiff sustained which were serious enough under the Insurance Law of the State of New York, to be compensated to the extent provided by law, for her pain, suffering, disfigurement and damages, both past and present.

20. The Defendant carriers, KEMPER FINANCIAL INDEMNITY COMPANY and KEMPER INDEPENDENCE INSURANCE COMPANY, have failed to provide SUM benefits to the Infant plaintiff herein.

21. That the damages sustained by the Plaintiffs exceed the jurisdictional limit of any lower Court.

**WHEREFORE**, the Plaintiffs, ███████████ an infant, by ALEXIS ESTRADA, Individually, and as parent and natural guardian demand judgment against the defendant, KEMPER FINANCIAL INDEMNITY COMPANY and KEMPER INDEPENDENCE INSURANCE COMPANY, in a sum which exceeds the jurisdictional limits of all lower courts which otherwise might have jurisdiction in this matter, all together with the costs and disbursements of this action and such other and further relief as the Court may deem just and proper.

Dated: February 23, 2016        Yours, etc.

_____
JOSEPH E. O'CONNOR, ESQ.
MAINETTI, MAINETTI & O'CONNOR, P.C.
Attorneys for Plaintiff
130 N. Front Street
Kingston, New York 12401
(845) 331-9434